UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA HERBORN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTURE, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No:  C 11-0013 SBA<br><br>**ORDER**<br><br>Dkt. 17 |

　　　　Pursuant to Defendant's motion for an extension of time, Docket 17, IT IS HEREBY ORDERED THAT Defendant's time for responding to Plaintiff's complaint is extended from July 24, 2011 to August 8, 2011.  Plaintiff's reply, if any, shall be filed no later than August 15, 2011.  The matter shall be deemed submitted upon the close of this briefing schedule.

　　　　IT IS SO ORDERED.

Dated: August 4, 2011　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge