1  MELINDA L. HAAG
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 PATRICIA HERBORN,                )
                                    )
13         Plaintiff,                )   CIVIL NO. 4:11-CV-00013-SBA
                                    )
14                                   )   JOINT MOTION AND ORDER FOR
           v.                        )   REMAND PURSUANT TO SENTENCE
15                                   )   FOUR OF 42 U.S.C. § 405(g)
   MICHAEL J. ASTRUE,                )
16 Commissioner of                   )
   Social Security,                  )
17                                   )
           Defendant.                )
18 _____)

19     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the
20 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of
21 this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.
22     Upon remand, Upon remand, the claimant should be given the opportunity to participate in
23 another hearing.  If, for any reason, the Administrative Law Judge (ALJ) conducting the hearing cannot
24 issue or sign the decision, the hearing office must comply with HALLEX I-2-8-40, which sets forth the
25 applicable procedures for such a situation.
26     The ALJ must also evaluate and explain, pursuant to Social Security Rulings (SSR) 96-5p and
27 96-6p and 20 C.F.R. § 404.1527, what weight he gives to the August 20, 2009 opinion from Heidemarie
28 Ernst, M.D., and he must re-evaluate the claimant's credibility pursuant to SSR 96-7p and 20 C.F.R.

§ 404.1529.  The ALJ will update the medical record.  Plaintiff will be offered an opportunity for a new hearing.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: August 8, 2011

*/s/ Pamela R. Vincent*
(As authorized via email)
PAMELA R. VINCENT
Attorney for Plaintiff

Dated: August 8, 2011

MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney
Social Security Administration

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: __8/11/11

SAUNDRA B. ARMSTRONG
United States District Judge