1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, Illinois Bar No. 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON, CSBN 244142
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12 PATRICIA HERBORN,                    )   Case No. 4:11-cv-0013-SBA
                                        )
13                                      )
                   Plaintiff,           )
14         v.                           )   JOINT MOTION AND ORDER
                                        )   FOR THE AWARD OF ATTORNEY FEES
15 MICHAEL J. ASTRUE,                   )
   COMMISSIONER OF                      )
16 SOCIAL SECURITY,                     )
                                        )
17                 Defendant.           )
                                        )
18
           IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
19
   subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to
20
   Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of three thousand and two hundred dollars
21
   and no cents ($3,200.00). This amount represents compensation for all legal services rendered on
22
   behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.
23
   § 2412(d).
24
           After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will
25
   consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.
26
   Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend
27
   on whether the fees and expenses are subject to any offset allowed under the United States
28
   Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered,

   the government will determine whether they are subject to any offset.

1    Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
2 determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
3 fees, expenses and costs to be made directly to Pamela R. Vincent, pursuant to the assignment
4 executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

5    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
6 fees and expenses, and does not constitute an admission of liability on the part of Defendant under the
7 EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and
8 all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, expenses,
9 and costs in connection with this action.

10    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
11 attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                                        Respectfully submitted,

Dated: October 25, 2011                 */s/ Pamela Vincent*
                                        (As authorized via email)
                                        PAMELA VINCENT
                                        Attorney for Plaintiff


Dated: October 13, 2011                 MELINDA L. HAAG
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration


                                        /s/ *Kathryn R. Watson*
                                        KATHRYN R. WATSON
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant


**IT IS SO ORDERED:**


Dated: _10/31/11                        _____
                                        THE HONORABLE SAUNDRA BROWN ARMSTRONG
                                        United States Judge


                                                            Joint Motion for EAJA Fees
                                    2                       4:11-cv-013