PAMELA R. VINCENT, SBN 206843
Law Office of Terry LaPorte
436 14th Street, Suite 1413
Oakland, CA 94612
Phone: 510-208-4525
Fax:    510-208-3139

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA HERBORN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No.: 4:11-CV-00013-SBA <br><br> ORDER APPROVING MOTION FOR AUTHORIZATION OF ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406 (b) |

IT IS HEREBY ORDERED that plaintiff's attorney Pamela Vincent receive the following payment pursuant to 42 U.S.C. § 406(b):

1. TEN THOUSAND FIVE HUNDRED DOLLARS ($10,250.00), pursuant to 42 U.S.C. § 406(b), shall be paid for attorneys fees (including costs) incurred in this court action. The check is to be payable to plaintiff's counsel.

2. This is a full resolution of plaintiff's attorney's request for attorney's fees pursuant to 42 U.S.C. § 406(b).

-1-

3. Payment of the TEN THOUSAND TWO HUNDRED AND FIFTY ($10,250.00) attorney's fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney's fees pursuant to 42 U.S.C. § 406(b) as a result of this court action.

Dated: 1/14/2014

PAMELA R. VINCENT
Attorney for Plaintiff

United States Attorney

Dated:

JEAN MARIE TURK
Assistant United States Attorney

IT IS SO ORDERED:

Dated: 1/27/2014

United States District Judge